IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01474-WYD-BNB

TICOA BROWN,

Plaintiff,

v.

OFFICER JOHN DOE, et al.,

Defendants.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Motion to Amend Complaint** [docket no. 30, filed April 17, 2007] (the "Motion").

  IT IS ORDERED that the Motion is DENIED. Plaintiff did not submit a proposed Amended Complaint.

DATED: April 18, 2008