IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-01474-PAB-BNB

TICOA BROWN,

      Plaintiff,

v.

GERALD WHITMAN, Chief, in his official capacity,
CITY AND COUNTY OF DENVER, a municipality; and
OFFICER JOHN DOE, in his official and personal capacity,

      Defendants.

---

### ORDER

---

    This matter is before the court on the defendants' Joint Notice of Potential Conflict [Docket No. 62].

    In order to avoid an appearance of a conflict, the Court has taken the following measures to screen Ms. Shapiro from any involvement in this matter:

    The email system by which notices of electronic filing are transmitted to Chambers has been programmed so that notices of filings in this case are diverted from the Chambers email box which Ms. Shapiro monitors. Those notifications are instead received in the email box of my Courtroom Deputy, Kathy Preuitt-Parks, who handles the routing of the notices or any other action necessary.

    DATED this 15th day of December, 2008.

                          BY THE COURT:

                          PHILIP A. BRIMMER
                          United States District Judge